928

No. 149, Misc. DUNCAN ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Owen* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 150, Misc. LOUISIANA EX REL. WASHINGTON v. CLANCY, SHERIFF. Twenty-fourth Judicial District Court of the Parish of Jefferson, Louisiana, and/or Supreme Court of Louisiana. Certiorari denied. *James T. Wright* for petitioner. *Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, *Frank H. Langridge* and *John E. Fleury* for respondent.

No. 156, Misc. FOUQUETTE v. NEVADA. Supreme Court of Nevada. Certiorari denied. *Charles E. Catt* for petitioner. *W. T. Mathews,* Attorney General of Nevada, *Geo. P. Annand* and *Thomas A. Foley,* Deputy Attorneys General, and *Alan Bible* for respondent.

No. 189, Misc. POWERS v. MICHIGAN. Circuit Court for the County of Allegan, in the Twentieth Judicial Circuit, Michigan. Certiorari denied. *Leo W. Hoffman* for petitioner. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 224, Misc. BUCKOWSKI v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Edmund G. Brown,* Attorney General of

California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 226, Misc.  SAMPSELL *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.  *P. Bateman Ennis* for petitioner.

No. 245, Misc.  THOMPSON *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.  *Louis C. Glasso* and *Zeno Fritz* for petitioner.

No. 259, Misc.  SANDERS *v.* WATERS, WARDEN.  Criminal Court of Appeals of Oklahoma.  Certiorari denied.

No. 262, Misc.  EDWARDS *v.* SWENSON, WARDEN.  Court of Appeals of Maryland.  Certiorari denied.

No. 264, Misc.  BALDRIDGE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 265, Misc.  HOLT *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 266, Misc.  CROMBIE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 269, Misc.  PARKER *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 270, Misc.  PRIDGEN *v.* BUBELLA ET AL.  Supreme Court of Texas.  Certiorari denied.

No. 272, Misc.  ROBINSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.